UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUDY J. DORIA, | ) | 1:03-CV-5824 REC SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #18) |
| v. | ) | |
| | ) | |
| S. TERRELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 23, 2005, defendant Terrell filed a motion to extend time to file a response to plaintiff's complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant is granted thirty days from the date of service of this order in which to respond to plaintiff's complaint.

IT IS SO ORDERED.

**Dated:   December 27, 2005**                            **/s/ Dennis L. Beck**
3c0hj8                                                                    UNITED STATES MAGISTRATE JUDGE