UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY DORIA, | 1:03-cv-05824-AWI-DLB-P |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF DEFENDANT KLARICH** (Doc. 26) |
| vs. | |
| S. TERRELL, et al., | |
| Defendants. | |

Plaintiff, Rudy Doria ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 15, 2006, the court issued an order requiring plaintiff to show cause why Dr. Klarich should not be dismissed from this action without prejudice pursuant to Rule 4(m), within thirty (30) days from the date of service of that order. The thirty-day period has passed, and plaintiff has failed to comply with or otherwise respond to the court's order.

Local Rule 11-110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and

1

1 all sanctions . . . within the inherent power of the Court."
2 District courts have the inherent power to control their dockets
3 and "in the exercise of that power, they may impose sanctions
4 including, where appropriate . . . dismissal of a case."
5 Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986).

6     Accordingly, the court HEREBY RECOMMENDS that Dr. Klarich is
7 DISMISSED from this action, without prejudice, based on
8 plaintiff's failure to obey the court's order of June 15, 2006,
9 and pursuant to Rule 4(m).

10     These Findings and Recommendations are submitted to the
11 United States District Judge assigned to the case, pursuant to
12 the provisions of Title 28 U.S.C. § 636(b)(l).  Within **twenty**
13 **(20) days** after being served with these Findings and
14 Recommendations, plaintiff may file written objections with the
15 court.  Such a document should be captioned "Objections to
16 Magistrate Judge's Findings and Recommendations."  Plaintiff is
17 advised that failure to file objections within the specified time
18 may waive the right to appeal the District Court's order.
19 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

20     IT IS SO ORDERED.

21     **Dated:  July 28, 2006**      **/s/ Dennis L. Beck**
    3c0hj8      UNITED STATES MAGISTRATE JUDGE