IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUDY J. DORIA,**<br><br>Plaintiff,<br><br>v.<br><br>**S. TERRELL, et al.,**<br><br>Defendants. | CASE NO.: 1:03-CV-5824 LJO DLB P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE AND SERVE DISPOSITIVE MOTION** |

Defendants' first request for an extension of time to file a dispositive motion was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED, that Defendants have until November 12, 2007, to file and serve their dispositive motion in this case.

IT IS SO ORDERED.

Dated: **October 12, 2007**          /s/ **Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE