IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUDY J. DORIA,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**S. TERRELL, et al.,**<br><br>　　　　　　　　　　　Defendants. | CASE NO.: 1:03-CV-5824 LJO DLB PC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE AND SERVE DISPOSITIVE MOTION**<br><br>(Document #38) |

　　　　Defendants' second request for an extension of time to file a dispositive motion was considered by this Court, and good cause appearing,

　　　　IT IS HEREBY ORDERED, that Defendants have until December 12, 2007, to file and serve their dispositive motion in this case.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED.

**Dated:   November 19, 2007**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE