# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY J. DORIA,<br><br>            Plaintiff,<br><br>    v.<br><br>S. TERRELL,<br><br>            Defendant.<br>_____/ | CASE NO. 1:03-cv-5824-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN ITS ENTIRETY, AND DISMISSING PLAINTIFF'S STATE LAW CLAIMS WITHOUT PREJUDICE<br><br>(Doc. 42) |

Plaintiff Rude Doria, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 7, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 7, 2008, is adopted in full;
2. Defendant's motion for summary judgment, filed December 28, 2007 is granted; and
3. This Court declines to exercise supplemental jurisdiction over plaintiff's state law claims, thus concluding this action in its entirety.

IT IS SO ORDERED.

**Dated:**   **June 23, 2008**                            /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE